SENTENCING COURTROOM MINUTE SHEET                     Date  4/23/09

CR. Case No.  08-280-HE         U.S.A. -vs- SANTIAGO MOLINA-NOLASCO

Commenced  10:05 am       Ended  10:25 am    Total Time     20 mins

Judge Joe Heaton            Deputy Janet Wright        Reporter Jeanne Ring

Plf Counsel  Teresa Black            Dft Counsel   Michael Johnson

Probation Officer   Marianne Benton Runyon   Interpreter    Alfonso Macias

Defendant appears in person with:   court-appointed counsel

PSR reviewed by government's counsel, defendant's counsel and defendant.  No corrections to PSR by counsel.

(X)    Dft is sentenced to custody of the BOP for a term of  thirty-seven (37) months .

(X)    Upon expiration of sentence imposed herein, dft shall serve a term of supervised release of two (2) years                            .

(X)    Dft to abide by following conditions of Supervised Release/Probation:

(X)    shall report in person to the probation office in the district to which released w/i 72 hours of release from the custody of the Bureau of Prisons.

(X)    shall comply with the standard conditions of supervision that have been adopted by this court.

(X)    shall not possess a firearm or destructive device.

(X)    shall cooperate in the collection of DNA as directed by the probation officer.

(X)    if not detained by the Bureau of Immigration and Customs Enforcement, or if detained and later released, within 72 hours of release, the defendant shall report in person to the probation office in the district to which the defendant is released.  If the defendant is detained by the Bureau of Immigration and Customs Enforcement and returned to a foreign country, the defendant is to report within 72 hours of any subsequent return to the United States during the period of supervised release.

(X )   It is recommended that the defendant participate in the Inmate Financial Responsibility Program at a rate determined by BOP staff in accordance with the requirements of the Inmate Financial Responsibility Program.

(X)    the court does not impose any requirement of community service.

(X)    Fine is hereby waived due to dft's inability to pay a fine.

(X)    Dft ordered to pay special assessment of $100.00 due immediately.

(X)    Dft advised of right to appeal and to appeal in forma pauperis.

(X)    DFT REMANDED  TO U.S.M.